Filed 10/16/24  P. v. Padilla CA2/5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, | B335211 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA503503) |
| v. | |
| MARIA ESTHER PADILLA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of the County of Los Angeles, Drew E. Edwards, Judge.  Affirmed.

Andrew F. Alire, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

# I.   INTRODUCTION

A jury found defendant Maria Padilla guilty of one count of assault with a deadly weapon.  On appeal, her appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  We affirm.

# II.   FACTUAL BACKGROUND

On January 31, 2022, the victim, Rebecca Patron, met three friends at the La Zona Rosa, a club in Los Angeles, sometime between 12:40 and 1:00 a.m.  The club was crowded and around 1:45 a.m., there was an announcement that it was preparing to close.  At the time, the victim was sitting at a table near the bar with her three friends.

When one of her friends stood up, the victim turned to her right and saw defendant[1] standing next to a man approximately five feet away.  Defendant shouted angrily at the victim in English, "'Why the fuck are you looking at him?'"  The victim responded by holding "up both of her hands palms up."

The victim then saw defendant throw a large drinking glass toward her forehead, hitting her above her left eye.  The glass shattered, causing her to bleed profusely and feel dizzy.

---

[1]   The victim identified defendant at trial as the woman who threw the glass at her.  One of the victim's friends, who was seated next to her, testified that she saw defendant near their table just before the incident and believed she threw the glass.  A security guard testified that, immediately after he heard glass shattering, he turned around and two women pointed out defendant as the person who threw the glass.

Paramedics responded and transported the victim to the hospital where she received five stitches.

## III.   PROCEDURAL BACKGROUND

In an information filed on October 6, 2022, the Los Angeles County District Attorney charged defendant with one count of assault with a deadly weapon in violation of Penal Code section 245, subdivision (a)(1).[2]

Prior to trial, defendant filed a motion to reduce her offense to a misdemeanor pursuant to section 17, subdivision (b).  The trial court denied the motion noting that "a great bodily injury allegation could have been filed" and concluding that "under the circumstances the charge is appropriately filed."

Following trial, the jury found defendant guilty of the charge.  At the sentencing hearing, the trial court imposed a middle term of three years, but suspended execution of the sentence and placed defendant on probation for two years.  The court also ordered defendant to make restitution and imposed certain fines and assessments.

Defendant appealed from the judgment of conviction, and we appointed counsel to represent her.  On June 14, 2024, her appointed counsel filed an opening brief that did not identify any arguable issues and requested that we follow the procedure set forth in *Wende, supra,* 25 Cal.3d 436.  On June 17, 2024, we notified defendant that her appointed appellate counsel had failed to find any arguable issues and that she had 30 days within which to brief any grounds for appeal, contentions, or

---

[2]    All further statutory references are to the Penal Code.

arguments she wanted us to consider.  Defendant did not file a supplemental brief.

## IV.   DISCUSSION

We have independently reviewed the record and are satisfied that defendant's appointed counsel has complied with his responsibilities and that no arguable issues exist.  (*Wende, supra*, 25 Cal.3d at p. 441.)

## V.    DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

KIM, J.

We concur:

MOOR, Acting P. J.

DAVIS, J.*

---

*    Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.